**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

------------------------------------------------------------------------ x

JOHN DOE A.L.,

                                                                                                                                16-cv-2627 (CM) (TJJ)

                                                    Plaintiff,

           -against-

UNITED STATES OF AMERICA, and
MARK E. WISNER,

                                                 Defendants.

------------------------------------------------------------------------ x

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

      Defendant, the United States of America, by and through its undersigned attorneys, hereby moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56, for the reasons set forth in its Memorandum of Law in Support of its Motion for Summary Judgment, and the documents annexed thereto.

                                                   Respectfully submitted,

                                                 JOSEPH H. HUNT
                                                 Assistant Attorney General, Civil Division

                                                 JAMES G. TOUHEY, Jr.
                                                 Director, Torts Branch

                                                 ROGER D. EINERSON
                                                 Deputy Director, Torts Branch

                                                 s/ Sarah E. Haston
                                               _____

                                                 SARAH E. HASTON
                                               *Counsel for Defendant United States*
                                               Trial Attorney
                                               United States Department of Justice
                                               Civil Division, Torts Branch
                                               P.O. Box 888
                                               Washington, D.C. 20044-0888
                                               Tel. / Fax: (202) 616-4233 / 5200
                                               Sarah.E.Haston@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019, the foregoing was electronically filed with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to the following:

>J'Nan C. Kimak
>jck@hfmlegal.com
>
>Daniel A. Thomas
>dat@hfmlegal.com
>
>Nichelle L. Oxley
>nlo@hfmlegal.com
>
>*Attorneys for Plaintiff*

I further certify that on this date the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-ECF participants:

>Mark E. Wisner
>*Defendant Pro Se*
>KDOC # 0117741
>P.O. Box 546
>Norton, Kansas 67654-0546

>s/ Sarah E. Haston
>_____
>SARAH E. HASTON
>*Counsel for Defendant United States*