IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN DOE A.L., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA AND MARK WISNER, <br><br> Defendants. | Case No. 16-2627-DDC |

### REVISED TRIAL ORDER

The court has reviewed the Joint Report filed by the parties on April 15, 2020. (Doc. 111.) After considering the content of that report, the court makes the following determinations about the trial of this case:

1. The bench trial of this case will begin July 6, 2020. As the court previously advised the parties, the court has set aside five trial days. Each trial day will have seven hours of court time, amounting to 35 hours of total court time. The court will divide that time evenly between the two parties for each of them to present their cases—i.e., 17.5 hours for plaintiff and 17.5 hours for defendant. When calculating the time used by each party, the court will charge time against each party's allotment only for time that the party spends presenting his or its case, whether that time is spent in opening or closing statement, direct examination or cross-examination of witnesses, or any other kind of trial presentation. At the end of the five days of trial, if either party can make a compelling showing, the court will consider whether more trial time is warranted for the parties to present the case adequately. The court is open to utilizing procedures that will make for a more expedient trial (for example, submission of direct examination of expert witnesses

   in written form and submission of deposition transcripts for the court's review outside the courtroom).

2. Each trial day will last from 9:00 a.m. to 12:30 p.m. and from 1:30 p.m. to 5:00 p.m.

3. The deadline for filing of proposed findings of fact and conclusions will be set at the completion of trial.

4. Responses to motions in limine are due June 24, 2020.

5. Marked copies of deposition transcripts with designations and objections thereto are due to the court June 26, 2020.  Consistent with Judge Murguia's prior order dated January 8, 2020, the court will not entertain any objections to deposition testimony unless and until the parties have attempted in good faith to resolve the dispute among themselves either in person or via telephone conference.

6. The court will conduct a pretrial and limine conference on July 2, 2020 at 1:30 p.m.  The court plans to conduct this conference by telephone or video conference.  If any party objects to proceeding in this fashion, it may file a motion requesting an in person conference and explain why it believes an in person conference is essential.

7. After this case, there remain three trials to be set in this first group of previously-consolidated cases.  The attorneys in the next two cases to be tried are the same as in this case.  With that in mind, the court notifies the attorneys that it intends to set the following trial dates for the next two cases to be tried:

    a. 16-2315, *Doe P.M. v. United States*:  August 17 or 24, 2020

    b. 16-2267, *Doe D.P. v. United States*:  September 28, 2020.

8. The parties should jointly notify the court by e-mail on or before April 27, 2020, advising whether the trial dates will work, and, if not, jointly proposing alternative dates in that

same general timeframe that will work for all parties.  The court plans to try the second case in August and the third in September.  After receiving input from the parties on the court's proposed trial dates, the court will issue trial orders in those two cases with pretrial filing deadlines.

9. A trial date and deadlines for the fourth companion case, 16-2575, *Doe S.B. v. United States*, will be forthcoming.

**IT IS SO ORDERED.**

**Dated this 22nd day of April, 2020, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**
