Honorable Judge Daniel D. Crabtree
Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS.

22 June 2020

FILED
JUL 09 2020
TIMOTHY M. O'BRIEN CLERK
By_____ Deputy


Reference Case 2:16-cv-02627

Your Honor,

In regards to the above mentioned case, to which I am a Defendant and to the following Writ of Habeas Corpus Ad Prosequendum and Writ of Habeas Corpus Ad Testificandum, I request the rejection of these writs as follows:

1) I have no legal representation in all of the cases held against me, nor the monetary ability to acquire one.

2) I am 69 years old, I have heart disease, asthma, COPD, diabetes and Sleep Apnea. I require medication and a CPAP device. To forcibly move me from Norton Correctional to Kansas City, would place me at a high and grave risk for COVID-19. The Court is in a Kansas County with progressive and escalating active cases of the virus. Moving me to physically testify in an environment which is potentially deadly to me is unconscionable. There can be no assurances nor guarantees that transport by U.S. Marshalls and within their custody that I can be safely kept from this deadly virus. As a "High Risk" person, I request you reject the noted transport and writs for my life.

3) As per testimony, I do not reject deposition by any means, other than physical contact.

Furthermore, I request I be kept at Norton Correctional Facility as it is the safest possible place for me during this pandemic. I would add, that it is my intent to claim Fifth

Wisner defendant
Case 2:16-cv-02627

—2—

22 June 2020

amendment rights on any Testimony and/or deposition because of no legal representation.

Sincerely yours,
Mark Wisner
Mark Wisner #117741
NCF
Box 546
Norton, KS. 67654.